UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC SAYRE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, SECRETARY OF STATE BRUCE MCPHERSON; SACRAMENTO COUNTY; SACRAMENTO COUNTY REGISTRAR OF VOTERS, JILL LAVINE; BRAD BUYCE; and DOES 1-200, inclusive,<br><br>　　　　　　Defendants. | 2:05-cv-2641-GEB-GGH<br><br><u>ORDER TO SHOW CAUSE AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u> |

　　　　The December 29, 2005, Order Setting Status (Pretrial Scheduling) Conference ("December 29 Order") scheduled a status conference in this case for March 20, 2006, and required the parties to file a joint status report no later than fourteen days prior to the status conference. The Order further required that a status report be filed regardless of whether a joint report could be procured.[1] No

---

[1] As the Order states:

　　The failure of one or more of the parties to participate in the preparation of the Joint

(continued...)

1

1 status report was filed.

2    Plaintiff is Ordered to Show Cause (OSC) in a writing to be
3 filed no later than 4:00 p.m. on March 27, 2006, why sanctions should
4 not be imposed against him under Rule 16(f) of the Federal Rules of
5 Civil Procedure for his failure to file a timely status report.
6 Plaintiff's written response shall also explain whether Plaintiff has
7 effected service of process on Defendants, and whether Plaintiff has
8 served Defendants with a copy of the December 29 Order.[2]  If service
9 of process has been completed but Plaintiff has not yet served
10 Defendants with a copy of the December 29 Order, Plaintiff shall also
11 show cause why he should not be sanctioned for failure to timely serve
12 Defendants with a copy of the December 29 Order.

13    The written response shall also state whether a hearing is
14 requested on the OSC.  If a hearing is requested, it will be held on
15 April 17, 2006, at 9:00 a.m., just prior to the status conference,
16 which is rescheduled to that date.

17    In accordance with the requirements set forth in the
18 December 29 Order, the parties are to file a joint status report no
19 later than April 3, 2006.  If Defendants have not been served with a

---

[1](...continued)
Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

December 29 Order at 2 n. 1.

[2]    As prescribed in the December 29 Order, Plaintiff was required to serve Defendants with a copy of the December 29 Order "[c]oncurrently with the service of process, or as soon thereafter as possible . . . ."  December 29 Order at 1.

2

copy of the December 29 Order, Plaintiff shall serve them with a copy of it and this order immediately.

　　　　IT IS SO ORDERED.

Dated:  March 15, 2006

　　　　　　　　　　　　　　　/s/ Garland E. Burrell, Jr.
　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　United States District Judge